UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBIN ABRANTES, Administratrix of the Estate of GLORIA ARBANTES, ROBIN ABRANTES, Individually, MANUEL J. ABRANTES, Individually and MANDY ABRANTES, Individually,<br><br>Plaintiff,<br><br>v.<br><br>DIANE ANDREWS,<br><br>Defendant. | C.A. NO. 04-12370-RGS<br>BBO NO. 552113 (Pino) |

## DEFENDANT'S ANSWER AND JURY DEMAND

The Defendant in the above-captioned action, Diane Andrews (hereinafter the "Defendant"), answers the numbered paragraphs of Plaintiffs' Complaint as follows:

1. The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 1 of Plaintiffs' Complaint.

2. The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 2 of Plaintiffs' Complaint.

3. The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 3 of Plaintiffs' Complaint.

4. The Defendant admits the allegations contained in paragraph 4 of Plaintiffs' Complaint.

5. The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 5 of Plaintiffs' Complaint.

## FACTS

6. The Defendant denies the allegations contained in paragraph 6 of Plaintiffs' Complaint.

## COUNT I

7. The Defendant repeats and incorporates by reference her responses to paragraphs 1 – 6 of Plaintiffs' Complaint as if fully set forth herein.

8. The Defendant denies the allegations contained in paragraph 8 of Plaintiffs' Complaint.

9. The Defendant denies the allegations contained in paragraph 9 of Plaintiffs' Complaint.

10. The Defendant denies the allegations contained in paragraph 10 of Plaintiffs' Complaint.

WHEREFORE, the Defendant, Diane Andrews, requests that the Court:

1. Enter Judgment in her favor and as against the Plaintiffs on Count I of Plaintiffs' Complaint;

2. Award the Defendant her costs, including reasonable attorneys' fees; and

3. Grant such further relief as may be deemed appropriate by the Court.

## COUNT II

11. The Defendant repeats and incorporates by reference her responses to paragraphs 1 – 10 of Plaintiffs' Complaint as if fully set forth herein.

12. The Defendant denies the allegations contained in paragraph 12 of Plaintiffs' Complaint.

WHEREFORE, the Defendant, Diane Andrews, requests that the Court:

1. Enter Judgment in her favor and as against the Plaintiffs on Count II of Plaintiffs' Complaint;

2. Award the Defendant her costs, including reasonable attorneys' fees; and

3. Grant such further relief as may be deemed appropriate by the Court.

## COUNT III

13. The Defendant repeats and incorporates by reference her responses to paragraphs 1 – 12 of Plaintiffs' Complaint as if fully set forth herein.

14. The Defendant denies the allegations contained in paragraph 14 of Plaintiffs' Complaint.

WHEREFORE, the Defendant, Diane Andrews, requests that the Court:

1. Enter Judgment in her favor and as against the Plaintiffs on Count III of Plaintiffs' Complaint;

2. Award the Defendant her costs, including reasonable attorneys' fees; and

3. Grant such further relief as may be deemed appropriate by the Court.

## COUNT IV

15. The Defendant repeats and incorporates by reference her responses to paragraphs 1 – 14 of Plaintiffs' Complaint as if fully set forth herein.

16. The Defendant denies the allegations contained in paragraph 16 of Plaintiffs' Complaint.

17. The Defendant denies the allegations contained in paragraph 17 of Plaintiffs' Complaint.

18. The Defendant denies the allegations contained in paragraph 18 of Plaintiffs' Complaint.

WHEREFORE, the Defendant, Diane Andrews, requests that the Court:

1. Enter Judgment in her favor and as against the Plaintiffs on Count IV of Plaintiffs' Complaint;

2. Award the Defendant her costs, including reasonable attorneys' fees; and

3. Grant such further relief as may be deemed appropriate by the Court.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Plaintiffs failed to commence this action when the applicable statute of limitations.

### THIRD DEFENSE

The Plaintiff are guilty of contributory negligence to such a degree as to bar recovery, but if they recover, any recovery must be reduced pro rata to the extent of Plaintiff said negligence.

### FOURTH DEFENSE

If the Plaintiffs were injured as alleged, which the Defendant expressly denies, it was not as the result of the action of inactions of the Defendant or anyone for whom the Defendant is legally liable or responsible.

## FIFTH DEFENSE

The Plaintiffs, at the time of the alleged accident, were acting in violation of law, regulation or ordinance, said violation was the cause of the Plaintiffs' alleged injuries and, therefore, Plaintiffs cannot recover in this action.

## SIXTH DEFENSE

There has been an insufficiency of process and an insufficiency of service of process in this action and, therefore, the Plaintiffs' Complaint should be dismissed.

## SEVENTH DEFENSE

The Plaintiffs' claim for alleged pain and suffering is barred by the applicable provisions of Mass. Gen. L. ch. 231, § 60.

## EIGHTH DEFENSE

The Plaintiffs' claim for alleged medical expenses and loss of earnings is barred in whole or in part by the applicable provisions of Mass. Gen. L. ch. 90, § 34M.

## NINTH DEFENSE

The Plaintiffs' Complaint must be dismissed as it fails to comply with Rule 8(e) of the Federal Rules of Civil Procedure.

**THE DEFENDANT DEMANDS A TRIAL
BY JURY ON ALL ISSUES SO TRIABLE**

>                    DIANE ANDREWS
>                    By her attorney,
>
>                    _____
>                    Paul G. Pino
>                    BBO# 552113
>                    LAW OFFICE OF PAUL G. PINO
>                    1350 Division Road, Suite 104
>                    West Warwick, RI  02893
>                    (401) 827-1250

Dated:  December 3, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 3rd day of December, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>            Brian R. Cunha, Esquire
>            Brian Cunha & Associates
>            311 Pine Street
>            Fall River, MA 02720.

>                    _____
>                    Paul G. Pino

6