UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBIN ABRANTES, Administratrix of the Estate of GLORIA ARBANTES, ROBIN ABRANTES, Individually, MANUEL J. ABRANTES, Individually and MANDY ABRANTES, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>DIANE ANDREWS,<br><br>    Defendant. | C.A. NO. 04-12370-RGS<br>BBO NO. 552113 (Pino) |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul G. Pino, Esquire, Law Office of Paul G. Pino, 1350 Division Road, Suite 104, West Warwick, RI 02893, on behalf of the defendant in the above-captioned action, Diane Andrews.

                                              DIANE ANDREWS
                                              By her attorney,

                                              _____
                                              Paul G. Pino
                                              BBO# 552113
                                              LAW OFFICE OF PAUL G. PINO
                                              1350 Division Road, Suite 104
                                              West Warwick, RI 02893
                                              (401) 827-1250

Dated: December 3, 2004

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 3rd day of December, 2004, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Brian R. Cunha, Esquire
>Brian Cunha & Associates
>311 Pine Street
>Fall River, MA 02720.

_____
Paul G. Pino