# United States District Court

_____ DISTRICT OF _____

ROBIN ABRANTES, Administratrix of the
ESTATE OF GLORIA ABRANTES,
ROBIN ABRANTES, Individually,
MANUEL J. ABRANTES, Individually, and
MANDY ABRANTES, Individually

V.

DIANE ANDREWS

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-12370 RGS

TO: (Name and Address of Defendant)

Dian Andrews, 15 Colony Drive, Middletown, RI 02842

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esquire, 311 Pine Street, Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE NOV 0 9 2004

BY DEPUTY

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 11/22/04 | 15 Colony Dr. Middletown RI |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE Place of Abode with Person of Suitable Age of Discretion Namely Paul Silveria (Brother) |
| SERVED BY (PRINT NAME) Diane Andrews | | TITLE |

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11/22/04
           DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911