UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
ROBIN ABRANTES, Administratrix of the )
Estate of GLORIA ARBANTES, ROBIN )
ABRANTES, Individually, MANUEL J. )
ABRANTES, Individually and MANDY )
ABRANTES, Individually, )
)
    Plaintiffs, )  C.A. NO. 04-12370-RGS
)  BBO NO. 108560 (Cunha)
)  BBO NO. 552113 (Pino)
v. )
)
DIANE ANDREWS, )
)
    Defendant. )
)

## JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

The parties in the above-captioned action, Plaintiffs Robin Abrantes, Administratrix of the Estate of Gloria Abrantes, Robin Abrantes, Individually, Manuel J. Abrantes, Individually and Mandy Abrantes, Individually, and Defendant, Diane Andrews, pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, submit the following Pre-Trial Schedule:

1.   Phase 1 Discovery.

    a.  Service of Interrogatories ................................. 2/1/05

    b.  Completion of and service of
       Interrogatory Answers ................................... 4/1/05

    c.  Amendments to pleadings ................................ 6/1/05

2.   Phase 2 Discovery.

    a.  Completion of depositions ............................... 6/1/05

|   |   |   |   |
|---|---|---|---|
| | b. | Designation of experts (including medical) | |
| | | (1)  Plaintiffs | 7/1/05 |
| | | (2)  Defendant | 8/1/05 |
| | c. | Completion of expert depositions (Plaintiffs) | 9/1/05 |
| | d. | Completion of expert depositions (Defendant) | 10/1/05 |
| | e. | Service of and compliance with Requests for Admissions | 10/1/05 |
| 3. | | Filing of Motions | 11/1/05 |
| 4. | | Final Pre-Trial Conference | 12/1/05 |

THE PLAINTIFFS
By their attorney

_____
Brian R. Cunha
BBO# 108560
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: January ___, 2005

THE DEFENDANT
By her attorney,

_____
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

2

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 11th day of January, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Brian R. Cunha, Esquire
>Brian Cunha & Associates
>311 Pine Street
>Fall River, MA 02720.

_____
Paul G. Pino