UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBIN ABRANTES, Administratrix of the )
Estate of GLORIA ARBANTES, ROBIN )
ABRANTES, Individually, MANUEL J. )
ABRANTES, Individually and MANDY )
ABRANTES, Individually, )
)
Plaintiffs, )
)
v. )   C.A. NO. 04-12370-RGS
)   BBO NO. 552113 (Pino)
DIANE ANDREWS, )
)
Defendant. )

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(3)

We, the undersigned, pursuant to Local Rule 16.1(3), hereby certify that we have conferred regarding the establishment of a budget for the costs of conducting the full course (and various alternative courses) of this litigation, as well as to consider the resolution of the litigation through the use of alternative dispute resolution programs as set forth in Local Rule 16.4.

DIANE ANDREWS
By her attorney,

_____
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

_____
Dale Fine
Progressive Casualty Ins. Co.

Dated: January 11, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 11th day of January, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

    Brian R. Cunha, Esquire
    Brian Cunha & Associates
    311 Pine Street
    Fall River, MA 02720.

_____
Paul G. Pino