UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12370- RGS

ROBIN ABRANTES, et al.

v.

DIANE ANDREWS

ORDER OF REMAND

April 11, 2005

STEARNS, D.J.

The case will be remanded to the state Superior Court as the amount in controversy does not meet the diversity jurisdiction threshold. <u>Coventry Sewage Assocs., Inc. v. Dworkin Realty Co.</u>, 71 F.3d 1, 4 (1st Cir. 1995).

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE